1  (*Counsel on next page*)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHELLE ARIAS, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>SODEXO, INC., a Delaware corporation; SDH SERVICES WEST, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | No. 2:21-cv-06925-VAP-GJS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Courtroom: 8A<br>Judge:     Hon. Virginia A. Phillips<br><br>Complaint served:     July 20, 2020<br>Current response date: October 4, 2021 |

| | |
|---|---|
| 1 | MICHAEL NOURMAND (Cal. State Bar No. 198439) |
| 2 | JAMES A. DE SARIO (Cal. State Bar No. 262552) |
|   | THE NOURMAND LAW FIRM, APC |
| 3 | 8822 West Olympic Boulevard |
|   | Beverly Hills, California  90211 |
| 4 | Telephone:   (310) 553-3600 |
|   | Facsimile:    (310) 553-3603 |
| 5 | mnourmand@nourmandlawfirm.com |
| 6 | jdesario@nourmandlawfirm.com |
| 7 | Attorneys for Plaintiff |
|   | Michelle Arias |
| 8 | |
| 9 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
|   | ISABELLA PITTS (Cal. State Bar No. 335071) |
| 10 | PAUL HASTINGS LLP |
|   | 101 California Street, 48th Floor |
| 11 | San Francisco, California  94111 |
|   | Telephone:   (415) 856-7000 |
| 12 | Facsimile:    (415) 856-7100 |
| 13 | jeffwohl@paulhastings.com |
|   | isabellapitts@paulhastings.com |
| 14 | |
| 15 | Attorneys for Defendants |
|   | Sodexo, Inc., and SDH Services West, LLC |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED, with the individual claims of plaintiff Michelle Arias DISMISSED WITH PREJUDICE and the claims of any other putative class member DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: February 11, 2022.

_____
Virginia A. Phillips
United States District Judge